```
                Marian F. Harrison
                US Bankruptcy Judge
```


Dated: 2/9/2017

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph & Tanya Krantz | ) | Case No. 13-06550 |
| 1264 Porter Morris Rd. | ) | Chapter 13 |
| Chapmansboro, TN 37035 | ) | Judge Harrison |
| SSN: xxx-xx-3606/5581 | ) | |
| | ) | |
| Debtors | ) | |

## AGREED ORDER TO TENDER INSURANCE PROCEEDS
## TO CREDITOR AND TO USE THE CASH COLLATERAL TO
## PURCHASE SUBSTITUTE COLLATERAL

The Debtors, InSolve Auto Funding, LLC (the "Creditor"), and the Chapter 13 Trustee do hereby stipulate and agree that the insurance proceeds for the 2007 MINI COOPER HATCHBACK 2D, Vehicle Identification Number WMWMF33537TU60042 (the "Collateral") which Collateral was involved in an accident and was a total loss will be tendered to the Creditor to hold and only be permitted to only disburse the insurance proceeds (the "Cash Collateral") for the Debtors to purchase a substituted vehicle upon the following conditions:

(1) The parties agree that the Debtors will complete the substitution of the collateral within 30 days of the entry of this Order and that Debtors will execute any and all documents necessary

to perfect Creditor's lien in the substituted collateral. The Creditor agrees to disburse the funds within three (3) days of the Debtors entering into the purchase of a vehicle;

(2) Any replacement vehicle must be purchased from a duly authorized licensed automobile dealer conducting business within the State of Tennessee. The Creditor will approve the proposed vehicle prior to purchase only to the extent of verifying the NADA value of the proposed vehicle will fully secure the POC of InSolve. The Creditor will be listed as a first priority lien on the substituted collateral, continue to receive payments through the Plan;

(3) The substituted collateral must be purchased from the licensed automotive dealer and the value of the substituted collateral shall be equal to or greater than the collateral which is being replaced, in this case that amount is $4,092.11;

(4) Prior to the release of the Cash Proceeds, the Debtors shall secure insurance on the substituted collateral listing the Creditor as a named insured and provide proof of the insurance to Creditor and the Chapter 13 Trustee prior to release of the Cash Proceeds;

(5) The insurance proceeds check shall be delivered to the Creditor. The Debtors shall provide the Creditor a copy of the purchase contract and upon receipt of the purchase contract the Creditor shall issue a check to the automobile dealer from whom the Debtors purchased the replacement vehicle that complies with the terms of this order;

(6) If the substitution is not completed within the 30 days or if the Debtors attempt to dismiss the Chapter 13 case or convert it to a Chapter 7 or Chapter 11 proceeding then the entire amount of the Cash Collateral, shall immediately be paid over to Creditor on its claim in this case, with the Creditor filing an Amended Proof of Claim; and

(7) The Creditor's treatment in the Plan shall remain the same.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.


APPROVED FOR ENTRY:

/s/ Gregory R. Atwood
Gregory R. Atwood, BPR #24296
Attorney for Debtors
6953 Charlotte Pike, Suite 401
Nashville, TN 37209
(615) 354-1995
fax (615) 866-5922
gregatwoodlaw@gmail.com

/s/Edward D. Russell
Edward D. Russell, No. 26126
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com
*Attorneys for InSolve Auto Funding, LLC*

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US,
o=chapter 13 trustee, ou=finance(51),
email=pleadings@ch13nsh.com
Date: 2017.02.09 13:03:15 -06'00'

Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:13-bk-06550    Doc 74    Filed 02/10/17    Entered 02/10/17 06:56:36    Desc Main
Document      Page 3 of 3