IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | } | |
| Joseph & Tanya Krantz | } | Case No. 13-06550 |
| 1264 Porter Morris Rd. | } | Chapter 13 |
| Chapmansboro, TN 37035 | } | Judge Harrison |
| SSN: xxx-xx-3606/5581 | } | |
| | } | |
| Debtors | } | |

**DEADLINE FOR FILING RESPONSES**: March 7, 2017
**THE HEARING WILL BE:** March 22, 2017, at 8:30 a.m. at Courtroom 1, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203

## OBJECTION TO MOTION TO DISMISS

COME NOW the Debtors, by and through counsel, and would object to Trustee's Motion to Dismiss and request a hearing thereon. In support of the objection, the Debtor would state that he recently changed jobs and has resumed making his Chapter 13 plan payments accordingly.

Respectfully submitted,

   /s/ *Gregory R. Atwood*
Gregory R. Atwood, BPR #24296
Attorney for Debtors
6953 Charlotte Pike, Ste. 401
Nashville, TN  37209
(615) 354-1995
fax: (615) 866-5922
gregatwoodlaw@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2017 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Joseph & Tanya Krantz<br>1264 Porter Morris Rd.<br>Chapmansboro, TN 37035 | U.S. Mail - First Class |

      /s/*Gregory R. Atwood*
      Gregory R. Atwood